| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | John Robert Owen |
| Debtor 2 (Spouse, if filing) | Terri Vonda Pringle-Owen |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known) | 8:23-bk-04241 |

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

■ Check if this is an amended filing

# Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income  12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 600.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00  Copy here -> | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00  Copy here -> | $ 0.00 | $ 0.00 |

| | | | |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |

Debtor 1    John Robert Owen
Debtor 2    Terri Vonda Pringle-Owen                Case number (*if known*)    8:23-bk-04241

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**    $ 0.00    $ 0.00

   Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

   For you    $ 0.00
   For your spouse    $ 0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $ 0.00    $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

    ._____    $ 0.00    $ 0.00
    _____    $ 0.00    $ 0.00

    Total amounts from separate pages, if any.    + $ 0.00    $ 0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ 600.00  + $ 0.00  = $ 600.00

    **Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 _____ **Copy line 11 here=>**    $ 600.00

    Multiply by 12 (the number of months in a year)    **x 12**

    12b. The result is your annual income for this part of the form    12b. $ 7,200.00

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    **FL**

    Fill in the number of people in your household.    **2**

    Fill in the median family income for your state and size of household. _____    13. $ 74,131.00
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a.  ■  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*.
              Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
              Go to Part 3 and fill out Form 122A–2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  /s/ John Robert Owen                          X  /s/ Terri Vonda Pringle-Owen
   John Robert Owen                                  Terri Vonda Pringle-Owen

| | | | |
|---|---|---|---|
| Debtor 1 | **John Robert Owen** | Case number (*if known*) | **8:23-bk-04241** |
| Debtor 2 | **Terri Vonda Pringle-Owen** | | |

Signature of Debtor 1

Date **February 5, 2024**
MM / DD / YYYY

Signature of Debtor 2

Date **February 5, 2024**
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**In Re:**

**John Robert Owen**

**Teri Vonda Pringle-Owen,**

            **Debtor.**

Case # 23-04241-CPM

_____/

## CERTIFICATE OF SERVICE

    I hereby certify that a complete copy of the attached Second Amended Statement of Current Monthly Income, was served on all the parties on the attached mailing matrix either electronically or by United States Regular Mail this February 5, 2024, and on:

Richard Dauval – U.S. Trustee
PO Box 7929
St. Petersburg, Fl 33704

US Trustee
501 E. Polk Street
Suite 1200
Tampa, Fl 33602

/s/ Jack G. Kramer
Attorney for Debtor
122 E. Main Street
Suite #152
Lakeland, FL 33801
Phone 813-626-7266
Fax 813-621-7212
jgkramer@msn.com

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi    Capital One Auto Finance, c/o AIS Portfolio
113A-8                                   4515 N Santa Fe Ave. Dept. APS                  4515 N Santa Fe Ave. Dept. APS
Case 8:23-bk-04241-CPM                   Oklahoma City, OK 73118-7901                    Oklahoma City, OK 73118-7901
Middle District of Florida
Tampa
Mon Feb  5 11:56:55 EST 2024

Hyundai Capital America DBA Kia Finance Amer    Nuvell Credit Company, c/o AIS Portfolio Ser    John Robert Owen
PO Box 20825                             4515 N Santa Fe Ave. Dept. APS                  225 W. Orange Street
Fountain Valley, CA 92728-0825           Oklahoma City, OK 73118-7901                    Lake Alfred, FL 33850-2727


Terri Vonda Pringle-Owen                 Aspire                                          Barclays
225 W. Orange Street                     PO Box 650832                                   PO Box 13337
Lake Alfred, FL 33850-2727               Dallas, TX 75265-0832                           Philadelphia, PA 19101-3337


Baycare Health System                    Bealls                                          Capital One
PO Box 31696                             PO Box 650018                                   Walmart
Tampa, FL 33631-3696                     Dallas, TX 75265-0018                           PO Box 60519
                                                                                         City of Industry, CA 91716-0519


Capital One Auto Finance                 Convergent Outsourcing                          Credit One
PO Box 60511                             800 SW 39th Street                              PO Box 98873
City of Industry, CA 91716-0511          Suite 100                                       Las Vegas, NV 89193-8873
                                         Renton, WA 98057-4927


Green Sky                                Kia Finance America                             Mariner Finance
Dept 3025 - Green Sky                    PO Box 650805                                   4015 S. Florida Ave
PO Box 2153                              Dallas, TX 75265-0805                           Lakeland, FL 33813-1623
Birmingham, AL 35287-0002


Mercury Credit Card                      Merrick Bank                                    One Main Financial
PO Box 84064                             PO Box 660702                                   3030 East Semoran Blvd
Columbus, GA 31908-4064                  Dallas, TX 75266-0702                           Apopka, FL 32703-5953


Owl Now Urgent Care                      Polk County BOCC - EMS                          (p)CONTINENTAL FINANCE COMPANY
3240 S Florida Ave                       PO Box 917734                                   PO BOX 3220
Suite 101                                Orlando, FL 32891-0001                          BUFFALO NY 14240-3220
Lakeland, FL 33803-4574


Simply Heath Care                        Spectrum                                        Stoneberry
PO Box 61010                             PO Box 7186                                     PO Box 2823
Virginia Beach, VA 23466-1010            Pasadena, CA 91109-7186                         Monroe, WI 53566-8023


Swiss Colony                             (p)FIRST NATIONAL BANK                          Wells Fargo Home Mortgage
1112 7th Ave                             ATTN BANKRUPTCY                                 PO Box 14411
Monroe, WI 53566-1364                    1500 S HIGHLINE AVE                             Des Moines, IA 50306-3411
                                         SIOUX FALLS SD 57110-1003
```

| | | |
|---|---|---|
| Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Jack G Kramer +<br>Law Office of Jack G. Kramer<br>122 E. Main Street, #152<br>Lakeland, FL 33801-4655 | United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Richard M Dauval +<br>P.O. Box 7929<br>St. Petersburg, FL 33734-7929 | Gavin Stewart +<br>Stewart Legal Group, P.L.<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Reflex<br>PO Box 3220<br>Buffalo, NY 14240 | (d)Surge<br>PO Box 6812<br>Carol Stream, IL 60197 | Taz Visa<br>PO Box 2876<br>Omaha, NE 68103 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Catherine Peek McEwen<br>Tampa | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                  36 |